*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BS-473**

IN RE GEORGE R. ADAMS, ESQUIRE,

      Respondent.

| | |
|---|---|
| A Member of the Bar of the | **Disciplinary Docket Nos.:** |
| District of Columbia Court of Appeals | 2018-D008 and 2019-D128 |
| **Bar Registration Number:** 137703 | |

BEFORE: Glickman and Deahl, Associate Judges, and Steadman, Senior Judge.

## O R D E R
### (FILED— September 18, 2020)

On consideration of the unopposed petition of the Board on Professional Responsibility ("Board") pursuant to D.C. Bar R. XI, §§ 13(c) and (e), to suspend respondent indefinitely based on disability, and the Board's motion to file under seal, and it appearing that both respondent and Disciplinary Counsel agree hereto, it is hereby

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters are held in abeyance pursuant to D.C. Bar R. XI, § 13(g). It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14(g) and 16, relating to suspended attorneys. It is

**No. 20-BS-473**

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g) with the court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**